325 So.2d 531

**In re Danny Ray COLSTON**

v.

**STATE.**

**Ex parte Danny Ray Colston.**

**SC 1620.**

Supreme Court of Alabama.

Jan. 29, 1976.

J. Wm. Thomason, Bessemer, for petitioner.

None for the State, respondent.

JONES, Justice.

Petition of Danny Ray Colston for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Colston v. State,* 57 Ala.App. 4, 325 So.2d 520.

Writ denied.

HEFLIN, C. J., and MERRILL, MADDOX and SHORES, JJ., concur.

329 So.2d 120

**In re Dawson Ray COTTINGHAM**

v.

**STATE.**

**Ex parte Dawson Ray Cottingham.**

**SC 1730.**

Supreme Court of Alabama.

April 2, 1976.

Philip P. Nelson, Wilder & Nelson, Birmingham, for petitioner.

No appearance for the State.

ALMON, Justice.

Petition of Dawson Ray Cottingham for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Cottingham v. State,* 57 Ala.App. 427, 329 So.2d 116.

WRIT DENIED.

HEFLIN, C. J., and BLOODWORTH, FAULKNER and EMBRY, JJ., concur.